CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

APR 07 2009

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT A. UNGER, | ) | Civil Action No. 7:09-cv-00096 |
|    Petitioner, | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | |
| | ) | By:   Hon. James C. Turk |
| SUPERINTENDENT OF C.F.W. | ) | Senior United States District Judge |
|    REGIONAL JAIL, | ) | |
|    Respondent. | ) | |

In accordance with the written memorandum opinion entered this day, it is hereby

## ORDERED

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, is **DISMISSED without prejudice** for failure to exhaust state court remedies and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 7th day of April, 2009.

/s/ James C. Turk
Senior United States District Judge